# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:11-CR-60048-AA-04 |
| v. | **ORDER TO DISMISS** |
| JOENE PEARL CLYDE LACOSTE, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 48(a), the government moved to dismiss the indictment against defendant Joene Pearl Clyde LaCoste.  Being fully advised on the grounds for this motion, I HEREBY ORDER that the indictment against defendant Joene Pearl Clyde LaCoste is DISMISSED.

Dated this _31_ day of December 2014.

_____

ANN AIKEN
Chief United States District Judge

PRESENTED BY:

S. AMANDA MARSHALL
United States Attorney

_s/ Scott E. Bradford_____
SCOTT E. BRADFORD, OSB #062824
Assistant United States Attorney